# EXHIBIT A

## Heavy Metal Magazine

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL361666 | HEAVY METAL MAGAZINE #1 CVR B | 125 | HEAVY METAL MAGAZINE | 2 | MAGAZINES | 898 |
| STL119237 | IRON MAIDEN LEGACY O/T BEAST V | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 892 |
| STL114319 | IRON MAIDEN LEGACY O/T BEAST V | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 865 |
| STL022850 | 49TH KEY TP (RES) (C: 0-0-1) | 125 | HEAVY METAL MAGAZINE | 3 | BOOKS - GRAPHIC NOVELS | 746 |
| STL361665 | HEAVY METAL MAGAZINE #1 CVR A | 125 | HEAVY METAL MAGAZINE | 2 | MAGAZINES | 703 |
| STL119235 | IRON MAIDEN LEGACY O/T BEAST V | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 698 |
| STL186989 | THE RISE #2 (OF 6) (MR) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 677 |
| STL119236 | IRON MAIDEN LEGACY O/T BEAST V | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 668 |
| STL114318 | IRON MAIDEN LEGACY O/T BEAST V | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 623 |
| STL186995 | SWAMP GOD #1 (OF 6) (MR) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 607 |
| STL230537 | ENTROPY #1 (OF 6) CVR A FUSO ( | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 563 |
| STL200975 | NEVER NEVER #4 (OF 5) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 559 |
| STL208219 | THE RISE #3 (OF 6) (MR) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 462 |
| STL133029 | IRON MAIDEN LEGACY OF THE BEAS | 125 | HEAVY METAL MAGAZINE | 3 | BOOKS - GRAPHIC NOVELS | 436 |
| STL204793 | NEVER NEVER #5 (OF 5) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 367 |
| STL181469 | TAARNA (2020) #5 (OF 6) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 352 |
| STL361671 | HEAVY METAL MAGAZINE #1 CVR G | 125 | HEAVY METAL MAGAZINE | 2 | MAGAZINES | 333 |
| STL184285 | TAARNA (2020) #6 (OF 6) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 330 |
| STL190289 | SWAMP GOD #2 (OF 6) (MR) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 326 |
| STL173064 | COLD DEAD WAR #4 (OF 4) (RES) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 321 |
| STL193794 | TAARNA ELEMENTS ONE SHOT | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 313 |
| STL116916 | IRON MAIDEN LEGACY O/T BEAST V | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 278 |
| STL361670 | HEAVY METAL MAGAZINE #1 CVR F | 125 | HEAVY METAL MAGAZINE | 2 | MAGAZINES | 231 |
| STL197463 | BLACK BEACON #3 (OF 6) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 231 |
| STL193785 | BLACK BEACON #2 (OF 6) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 228 |
| STL161598 | BEYOND KUIPER PROSE NOVEL SC | 125 | HEAVY METAL MAGAZINE | 4 | BOOKS - NOVELS/SF/HORROR | 225 |
| STL116915 | IRON MAIDEN LEGACY O/T BEAST V | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 208 |
| STL068416 | TAARNA #4 (C: 0-0-1) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 197 |
| STL179335 | STARWARD #1 (OF 8) (RES) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 195 |
| STL211695 | SWAMP GOD #4 (OF 6) (RES) (MR) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 190 |
| STL186972 | CHASING THE DRAGON #5 (OF 5) C | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 180 |
| STL200978 | SWAMP GOD #3 (OF 6) (RES) (MR) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 177 |
| STL190288 | MODERN FRANKENSTEIN #4 (MR) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 175 |
| STL200972 | BLACK BEACON #4 (OF 6) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 175 |
| STL181466 | CHASING THE DRAGON #3 (OF 5) C | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 170 |
| STL197739 | INTRUSION ONE SHOT CVR A GOVAR | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 169 |
| STL223028 | SWAMP GOD #5 (OF 6) (MR) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 160 |
| STL114317 | IRON MAIDEN LEGACY O/T BEAST V | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 143 |
| STL204792 | BLACK BEACON #5 (OF 6) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 143 |
| STL361669 | HEAVY METAL MAGAZINE #1 CVR E | 125 | HEAVY METAL MAGAZINE | 2 | MAGAZINES | 142 |
| STL176080 | SAVAGE CIRCUS #5 (OF 10) (MR) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 137 |
| STL200976 | SAVAGE CIRCUS #7 (OF 10) (MR) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 135 |
| STL186975 | MODERN FRANKENSTEIN #3 CVR A V | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 135 |
| STL193788 | MODERN FRANKENSTEIN #5 CVR A V | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 131 |
| STL190290 | SAVAGE CIRCUS #6 (OF 10) (MR) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 124 |
| STL217722 | SAVAGE CIRCUS #10 (OF 11) (MR) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 122 |
| STL181471 | MODERN FRANKENSTEIN #1 CVR A V | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 118 |

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL184283 | MODERN FRANKENSTEIN #2 CVR A V | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 118 |
| STL361667 | HEAVY METAL MAGAZINE #1 CVR C | 125 | HEAVY METAL MAGAZINE | 2 | MAGAZINES | 111 |
| STL179326 | DARK WING #5 (OF 10) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 101 |
| STL184277 | CHASING THE DRAGON #4 (OF 5) C | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 101 |
| STL361668 | HEAVY METAL MAGAZINE #1 CVR D | 125 | HEAVY METAL MAGAZINE | 2 | MAGAZINES | 94 |
| STL173065 | DARK WING #4 (OF 10) | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 53 |
| STL196713 | DARKWING UNSTABLE ELEMENTS ONE | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 53 |
| STL181472 | MODERN FRANKENSTEIN #1 10 COPY | 125 | HEAVY METAL MAGAZINE | 1 | COMICS | 8 |

56219024.1 09/08/2025